UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAETICIA BUKASA,<br>Plaintiff,<br>v.<br>THE AMC, et al.,<br>Defendants. | Case No. 4:22-cv-02861-KAW<br>**ORDER TO SHOW CAUSE**<br>Re: Dkt. No. 6 |

On May 13, 2022, Plaintiff filed this civil action and application to proceed *in forma pauperis*. On May 19, 2022, the Court denied Plaintiff's IFP application without prejudice because it was incomplete to the point where the undersigned could not determine whether Plaintiff qualified for IFP status. (Dkt. No. 6 at 1.) Plaintiff was ordered to file an amended IFP application or pay the filing fee by June 10, 2022. *Id.* To date, Plaintiff has not filed an amended IFP application or paid the filing fee. In fact, there have been no further filings in this case since the May 19, 2022 court order.

Accordingly, the Court ORDERS Plaintiff to show cause, by **August 5, 2022,** why the case should not be dismissed for failure to prosecute. In responding, Plaintiff must explain why she did not timely file an amended IFP application or pay the filing fee as ordered. Additionally, by **August 5, 2022**, Plaintiff is ordered to either file an amended IFP application or pay the filing. Failure to respond to the order to show cause and either pay the filing or file an amended IFP application by the deadline may result in the Court reassigning the case to a district judge with the recommendation that the case be dismissed for failure to prosecute.

Plaintiff may wish to contact the Federal Pro Bono Project's Help Desk for assistance—a free service for pro se litigants—by calling (415) 782-8982 to make an appointment. Plaintiff may

1  also wish to consult the manual the court has adopted to assist pro se litigants in presenting their
2  case. This manual, and other free information for pro se litigants, is available online at:
3  http://cand.uscourts.gov/proselitigants.
4      IT IS SO ORDERED.
5  Dated: July 26, 2022

                                       *Kandis Westmore*
KANDIS A. WESTMORE
United States Magistrate Judge