UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAETICIA BUKASA,<br><br>          Plaintiff,<br><br>   v.<br><br>THE AMC, et al.,<br><br>          Defendants. | Case No.  22-cv-02861-TLT<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION; ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE**<br><br>Re: ECF No. 11 |

Pending before the Court is Magistrate Judge Kandis A. Westmore's Report and Recommendation ("Report"), filed on November 17, 2022, recommending that Plaintiffs' complaint be dismissed without prejudice for failure to notify the Court of an address change pursuant to Civil Local Rule 3-11(b).  More than fourteen days have passed since the Report was filed and the Report has not been returned by the U.S. Postal Service as undeliverable.  *See* 28 U.S.C. § 636(b)(1)(C).  Plaintiff has not filed a response.

The Court finds the analysis in the Report thorough and well-reasoned, and the Court **ADOPTS** it in every respect.  Plaintiff has failed to prosecute the case by taking no actions after the initial filing on May 13, 2022—Plaintiff has not paid the filing fee or amended the application for in form pauperis (ECF Nos. 7–8); responded to the Court's orders to show cause (*id.*); or updated Plaintiff's address (ECF Nos. 9 – 10).  Accordingly, and for the reasons set forth in the Report, the Court hereby **DISMISSES** this action **WITHOUT PREJUDICE**.  The Clerk is directed to close the case.

//

//

//

**IT IS SO ORDERED.**

Dated: December 16, 2022

TRINA L. THOMPSON
United States District Judge

2